UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHIRAG AMIN, | ) | |
| | ) | No. 14 C 3903 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Thomas M. Durkin |
| | ) | |
| SUNTRUST BANK; CATHOLIC UNIVERSITY OF AMERICA; RENELL LEWIS; WESTERN UNION; ASSOCIATED BANK, N.A.; NATIONAL ARBITRATION FORUM; UNITED PARCEL SERVICE, INC.; CHICAGO SUN-TIMES; GOOGLE, INC.; ABB, LTD.; and TAYLOR MARK; | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**MEMORANDUM OPINION AND ORDER**

Only July 11, 2014, an order was entered dismissing the case. On July 22, 2014, Plaintiff filed an affidavit pursuant to 28 U.S.C. § 144. The affidavit stated that the Court, through its order, has exhibited "pervasive" personal bias and prejudice against the Plaintiff, "of such nature that [Plaintiff] will not receive right to trial on merits (sic) based on Judge Durkin's clear inability to render 'fair and impartial' judgment in this civil action." The Plaintiff then asks that the Court proceed no further in this civil case and that another U.S. District Court Judge be assigned to it.

The case was dismissed and judgment entered on July 11, 2014. Any disagreement with the action must be done, if timely, through an appeal to the U.S.

Court of Appeals for the Seventh Circuit, as there is presently no case before this Court.

To the extent the Plaintiff's affidavit is considered a motion for recusal, it is denied as moot.

ENTERED:

*Thomas M Durkin*
———————————————
Honorable Thomas M. Durkin
United States District Judge

Dated: July 24, 2014